
FILED
OCT 20 2015
United States Bankruptcy Court
San Jose, California

15-53328

Certificate Number: 00301-CAN-CC-026351055

00301-CAN-CC-026351055

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 12, 2015</u>, at <u>12:35</u> o'clock <u>PM EDT</u>, <u>DANIEL R MOJICA</u> received from <u>InCharge Debt Solutions</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   October 12, 2015            By:     /s/Pablo Minguela

                                    Name:   Pablo Minguela

                                    Title:  Certified Bankruptcy Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).