```
                                    United States Bankruptcy Court
                                    Northern District of California
In re:                                                              Case No. 15-53328-DM
Daniel Ray Mojica                                                   Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0971-5          User: ywon                    Page 1 of 1             Date Rcvd: Oct 20, 2015
                              Form ID: B9A                  Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2015.
db            +Daniel Ray Mojica,    21930 San Fernando Avenue,    Cupertino, CA 95014-2866
smg          ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                SACRAMENTO CA 94279-0029
              (address filed with court: State Board of Equalization,
                Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,    Sacramento, CA  94279)
14169689      +ACS,   501 Bleeker Street,    Utica, NY 13501-2401
14169690       Barclay's Bank Delaware,    124 S West Street,    Wilmington, DE 19801
14169692      +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14169696      +Daniel R. Mojica 401K Loan,    21930 San Fernando Ave,    Cupertino, CA 95014-2866
14169702      +EVINE Live,    6740 Shady Oak Road,    Eden Prairie, MN 55344-3433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: BDAKAELIN.COM Oct 21 2015 01:53:00      Doris A. Kaelin,   P.O. Box 1582,
                Santa Cruz, CA 95061-1582
smg            EDI: EDD.COM Oct 21 2015 01:53:00      CA Employment Development Dept.,
                Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg            EDI: CALTAX.COM Oct 21 2015 01:53:00      CA Franchise Tax Board,    Attn: Special Procedures,
                P.O. Box 2952,    Sacramento, CA 95812-2952
smg            EDI: IRS.COM Oct 21 2015 01:53:00      IRS,   P.O. Box 7346,    Philadelphia, PA 19101-7346
ust            E-mail/Text: ustpregion17.sj.ecf@usdoj.gov Oct 21 2015 02:06:37
                Office of the U.S. Trustee / SJ,    U.S. Federal Bldg.,    280 S 1st St. #268,
                San Jose, CA  95113-3004
14169691      +EDI: TSYS2.COM Oct 21 2015 01:53:00      Barclay's Bank Delaware,    125 S West St,
                Wilmington, DE 19801-5014
14169693      +EDI: CHASE.COM Oct 21 2015 01:53:00      Chase Bank/Bank One Card Serv,    PO box 15298,
                Wilmington, DE 19850-5298
14169694      +EDI: CHASE.COM Oct 21 2015 01:53:00      Chase/Bank One Card Serv,    PO Box 15298,
                Wilmington, DE 19850-5298
14169695      +EDI: CITICORP.COM Oct 21 2015 01:53:00      Citibank CBNA,   701 E 60th Street,
                Sioux Falls, SD 57104-0493
14169697       EDI: DISCOVER.COM Oct 21 2015 01:53:00      Discover Fincl Svc LLC,    PO Box 15316,
                Wilmington, DE 19850
14169698      +EDI: STFM.COM Oct 21 2015 01:53:00      State Farm Bank,   310 Price Place,
                Madison, WI 53705-3209
14169699       EDI: RMSC.COM Oct 21 2015 01:53:00      Syncb/Evine Live,   PO Box 965005,
                Orlando, FL 32896-5005
14169700       EDI: RMSC.COM Oct 21 2015 01:53:00      Syncb/Sleep Train,   PO Box 965036,
                Orlando, FL 32896-5036
14169701      +EDI: WFFC.COM Oct 21 2015 01:53:00      Wells Fargo Card Service,    PO Box 14517,
                Des Moines, IA 50306-3517
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2015 at the address(es) listed below:
              Doris A. Kaelin   dktrustee@gmail.com, C139@ecfcbis.com
              Office of the U.S. Trustee / SJ   USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
                                                                                             TOTAL: 2
```

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Jose)

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/20/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Daniel Ray Mojica
21930 San Fernando Avenue
Cupertino, CA 95014

| Case Number:<br>15−53328 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx−xx−0270 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Daniel Ray Mojica<br>21930 San Fernando Avenue<br>Cupertino, CA 95014<br>Telephone number: | Bankruptcy Trustee (name and address):<br>Doris A. Kaelin<br>P.O. Box 1582<br>Santa Cruz, CA 95061<br>Telephone number: (831)600−8093<br>Email: dktrustee@gmail.com |

## Meeting of Creditors

Date: **November 25, 2015**   Time: **02:00 PM**
Location: **U.S. Federal Bldg., 280 S 1st St. #130, San Jose, CA 95113**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors.

## Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 1/25/16**

## Deadline to Object to Exemptions:

If this case has been converted, a new deadline to object to exemptions arises unless: (1) the conversion took place more than one year after a plan was first confirmed, or (2) the deadline had previously expired while the case pending under Chapter 7.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113<br>Telephone number: 408−278−7500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Edward J. Emmons |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 10/20/15 |

# EXPLANATIONS

FORM B9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––