```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                           Case No. 15-53328-DM
Daniel Ray Mojica                                                Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-5         User: admin              Page 1 of 1          Date Rcvd: Jan 27, 2016
                             Form ID: ODSC7FI         Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2016.
db          +Daniel Ray Mojica,    21930 San Fernando Avenue,   Cupertino, CA 95014-2866
smg        ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,   P O BOX 942879,
              SACRAMENTO CA 94279-0029
             (address filed with court: State Board of Equalization,
              Attn: Special Procedures Section, MIC:55,   P.O. Box 942879,   Sacramento, CA 94279)
14169689    +ACS,   501 Bleeker Street,   Utica, NY 13501-2401
14169690     Barclay's Bank Delaware,   124 S West Street,   Wilmington, DE 19801
14169692    +Best Buy/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
14169696    +Daniel R. Mojica 401K Loan,    21930 San Fernando Ave,   Cupertino, CA 95014-2866
14169702    +EVINE Live,   6740 Shady Oak Road,   Eden Prairie, MN 55344-3433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          EDI: EDD.COM Jan 28 2016 02:08:00      CA Employment Development Dept.,
              Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA 94280-0001
smg          EDI: CALTAX.COM Jan 28 2016 02:08:00      CA Franchise Tax Board,   Attn: Special Procedures,
              P.O. Box 2952,   Sacramento, CA 95812-2952
smg          EDI: IRS.COM Jan 28 2016 02:08:00      IRS,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14169691    +EDI: TSYS2.COM Jan 28 2016 02:08:00      Barclay's Bank Delaware,   125 S West St,
              Wilmington, DE 19801-5014
14169693    +EDI: CHASE.COM Jan 28 2016 02:08:00      Chase Bank/Bank One Card Serv,   PO box 15298,
              Wilmington, DE 19850-5298
14169694    +EDI: CHASE.COM Jan 28 2016 02:08:00      Chase/Bank One Card Serv,   PO Box 15298,
              Wilmington, DE 19850-5298
14169695    +EDI: CITICORP.COM Jan 28 2016 02:08:00      Citibank CBNA,   701 E 60th Street,
              Sioux Falls, SD 57104-0493
14169697     EDI: DISCOVER.COM Jan 28 2016 02:08:00      Discover Fincl Svc LLC,   PO Box 15316,
              Wilmington, DE 19850
14169698    +EDI: STFM.COM Jan 28 2016 02:08:00      State Farm Bank,   310 Price Place,
              Madison, WI 53705-3209
14169699     EDI: RMSC.COM Jan 28 2016 02:08:00      Syncb/Evine Live,   PO Box 965005,
              Orlando, FL 32896-5005
14169700     EDI: RMSC.COM Jan 28 2016 02:08:00      Syncb/Sleep Train,   PO Box 965036,
              Orlando, FL 32896-5036
14169701    +EDI: WFFC.COM Jan 28 2016 02:08:00      Wells Fargo Card Service,   PO Box 14517,
              Des Moines, IA 50306-3517
                                                                                            TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2016 at the address(es) listed below:
              Doris A. Kaelin    dktrustee@gmail.com, C139@ecfcbis.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
                                                                                            TOTAL: 2
```

**Form ODSC7FI**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Jose)

| | |
|---|---|
| **In re:**<br>Daniel Ray Mojica<br>21930 San Fernando Avenue<br>Cupertino, CA 95014<br><br>Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>xxx–xx–0270 | **Case Number:** 15–53328 DM 7<br>**Chapter:** 7 |

## DISCHARGE OF DEBTOR AND FINAL DECREE

It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED**: The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

It further appears that the trustee, Doris A. Kaelin in the above–entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

ORDERED that the chapter 7 case of the above–named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: <u>1/26/16</u>     By the Court:

Dennis Montali
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 9

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to persion, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while toxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**